

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2018

No. 04-17-00625-CV

Deborah H. **LUND**,
Appellant

v.

**TEXAS HEALTH AND HUMAN SERVICES COMMISSION**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-00468
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The appellant's unopposed motion for extension of time to file amended brief is hereby GRANTED. Time is extended to October 26,2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court